**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

Dale-Scott-Heineman,

        Plaintiff(s),

v.

Stephanie M. Hinds, et al.,

        Defendant(s).

2:23-cv-00448-JAD-VCF

**ORDER**

Before the Court are the motion for entry of default by clerk (ECF No. 14) and motion for entry of default judgment (ECF No. 15).

Accordingly,

IT IS HEREBY ORDERED that the motion for entry of default by clerk (ECF No. 14) and motion for entry of default judgment (ECF No. 15) are added to the scheduled hearing on for July 28, 2023, at 1:00 PM, in Courtroom 3D, third floor, Lloyd D. George Courthouse, United States District Court, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that Dale-Scott-Heineman must attend the scheduled hearing in person.

DATED this 19th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE